[Civ. No. 7361.  First Appellate District, Division One.—February 16, 1931.]

In the Matter of the Guardianship of the Estate of MADS NIELSEN, an Incompetent Person. GEORGE F. WITTER, Appellant, v. MADS NIELSEN, an Incompetent Person, etc., Respondent.

George F. Witter, *in pro. per.*, for Appellant.

W. E. Most for Respondent.

THE COURT.—Appeal from an order fixing attorney's fees in the estate of an incompetent.

The order is affirmed on authority of *Estate of Nielsen, ante,* p. 744 [296 Pac. 122], this day decided.